# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In Re:   TANGUY N LIUHOUOLO                        Case No.: 11-32054
         ELIZABETH H LIUHOUOLO

         Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/04/2011.

2) This case was confirmed on 10/19/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 01/11/2012.

5) The case was dismissed on 01/25/2012.

6) Number of months from filing to the last payment: 3

7) Number of months case was pending: 9

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $    5,400.00

10) Amount of unsecured claims discharged without payment $    .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ | 2,441.00 |
| Less amount refunded to debtor | $ | .00 |
| **NET RECEIPTS** | $ | 2,441.00 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid through the Plan | $ | .00 |
| Court Costs | $ | .00 |
| Trustee Expenses and Compensation | $ | 104.09 |
| Other | $ | .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ | 104.09 |
| Attorney fees paid and disclosed by debtor | $ | 129.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AFNI INC | UNSECURED | NA | 209.63 | 209.63 | .00 | .00 |
| AFNI INC | UNSECURED | NA | 373.58 | 373.58 | .00 | .00 |
| AFNI INC | UNSECURED | NA | 140.03 | 140.03 | .00 | .00 |
| CREDIT ACCEPTANCE CO | UNSECURED | 1,177.65 | 3,316.89 | 3,316.89 | .00 | .00 |
| CREDIT ACCEPTANCE CO | UNSECURED | 5,882.00 | 6,315.71 | 6,315.71 | .00 | .00 |
| RJM AQUISITIONS FUND | UNSECURED | 318.00 | 318.70 | 318.70 | .00 | .00 |
| AFNI INC | UNSECURED | 1,206.00 | 1,206.66 | 1,206.66 | .00 | .00 |
| AFNI INC | UNSECURED | 537.00 | 537.23 | 537.23 | .00 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | 1,093.00 | 1,285.78 | 1,285.78 | .00 | .00 |
| CENTRAL FURNITURE | SECURED | NA | 1,763.82 | .00 | .00 | .00 |
| MCSI/RMI | UNSECURED | 250.00 | 1,500.00 | 1,500.00 | .00 | .00 |
| COLLECTION PROFESSIO | UNSECURED | 102.00 | 105.88 | 105.88 | .00 | .00 |
| CITY OF CHICAGO DEPT | UNSECURED | 219.60 | 1,925.00 | 1,925.00 | .00 | .00 |
| PREMIER BANK CARD | UNSECURED | NA | 428.63 | 428.63 | .00 | .00 |
| PRIME AUTO FINANCE | SECURED | 13,561.00 | 13,561.00 | 13,561.00 | 1,154.18 | 65.18 |
| PRIME AUTO FINANCE | SECURED | NA | 12,930.25 | 12,027.00 | 1,059.74 | 57.81 |
| PALISADES | UNSECURED | NA | 9,259.80 | 9,259.80 | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 1,198.00 | 422.11 | 422.11 | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 212.00 | 403.27 | 403.27 | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 212.00 | 260.13 | 260.13 | .00 | .00 |
| INTERNAL REVENUE SER | SECURED | NA | .00 | .00 | .00 | .00 |
| INTERNAL REVENUE SER | PRIORITY | 10,517.60 | .00 | .00 | .00 | .00 |
| INTERNAL REVENUE SER | UNSECURED | NA | 10,734.69 | 10,734.69 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

```
.=====================================================================.
| **Scheduled Creditors:**                                            |
|                                                                     |
| Creditor               Claim         Claim         Claim     Principal      Int.  |
|  Name         Class   Scheduled     Asserted      Allowed      Paid         Paid  |
|                                                                     |
|PRIME AUTO FINANCE   UNSECURED        NA          .00        903.25         .00         .00 |
|METABANK/FINGERHUT   UNSECURED     194.00       194.38       194.38         .00         .00 |
|CAPIO PARTNERS LLC   UNSECURED        NA       292.00       292.00         .00         .00 |
|GRANITE RECOVERY LLC UNSECURED        NA       809.55       809.55         .00         .00 |
|SPRINT NEXTEL        UNSECURED     742.06       715.00       715.00         .00         .00 |
|ILLINOIS DEPT OF REV PRIORITY         NA       336.70       336.70         .00         .00 |
|ILLINOIS DEPT OF REV UNSECURED        NA        39.72        39.72         .00         .00 |
|NICOR GAS            UNSECURED        NA     1,298.06     1,298.06         .00         .00 |
|EQUABLE ASCENT FINAN UNSECURED        NA       575.81       575.81         .00         .00 |
|LVNV FUNDING         UNSECURED        NA       159.46       159.46         .00         .00 |
|AMEREM ILLINOIS      UNSECURED        NA     1,101.25     1,101.25         .00         .00 |
.=====================================================================.
```

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 25,588.00 | 2,213.92 | 122.99 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 25,588.00 | 2,213.92 | 122.99 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 336.70 | .00 | .00 |
| **TOTAL PRIORITY:** | 336.70 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 44,832.20 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 104.09 |
| Disbursements to Creditors | $ | 2,336.91 |
| **TOTAL DISBURSEMENTS:** | $ | 2,441.00 |

12)   The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:   04/26/2012                                       /s/ Tom  Vaughn
                                                         Tom  Vaughn, Chapter 13 Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**